**2007–1648. State v. Fleming.**
Cuyahoga App. No. 88442, 2007-Ohio-3625. Discretionary appeal accepted on Proposition of Law No. III; cause held for the decision in 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-

Ohio-857; and briefing schedule stayed.

PFEIFER, O'DONNELL, and CUPP, JJ., dissent.